**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| BRUCE EARNEST,<br><br>Plaintiff,<br>v.<br><br>STONEMOR PARTNERS,<br><br>Defendant. | Case No. 2:17-cv-01521 JFC |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff hereby stipulates the dismissal of this matter, with prejudice. Each party will bear its own costs.

Dated: February 7, 2019

Respectfully submitted,

/s/ Christi Wallace
CHRISTI WALLACE, ESQUIRE
Kraemer, Manes & Associates, LLC
US Steel Tower
600 Grant St., Suite 4875
Pittsburgh, PA 15219
412-626-5575

SO ORDERED:

/s/ Joy Flowers Conti
Honorable Joy Flowers Conti
Senior United States District Judge

Dated: February 8, 2019